UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-cv-60306-WPD

JOSE BARRIOS,

    Plaintiff,

v.

FINANCIAL BUSINESS AND
CONSUMER SOLUTIONS, INC.,
D/b/a FBCS, Inc.,

    Defendant.

_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court *sua sponte*.

On March 28, 2018, the Court issued a Scheduling Order [DE 11] directing the parties to agree upon a mediator within fourteen (14) days and to advise the Clerk's office of their choice. From the record, it appears that the parties have not yet selected a mediator.

Accordingly, it is **ORDERED AND ADJUDGED** that the parties shall file a response to this Order to Show Cause by **April 19, 2018**, showing cause why the Clerk should not be directed to randomly select a mediator from the list of certified mediators. Failure to comply with this Order may result in the Clerk selecting a mediator at random.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 12th day of April, 2018.

*/s/ William P. Dimitrouleas*

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record